IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA, PHILADELPHIA DIVISION

IN RE:  CECELIA BOYAH-TOLBERT           :    Chapter:    13
                                        :
                                        :
                                        :
                                        :    CASE NO:    12-16727
                                        :

**NOTICE OF ADDRESS CHANGE**

eCAST Settlement Corporation hereby changes its address for its claim number 10, filed in this case. This claim will no longer be serviced by Bass and Associates.

Previous Address:

    3936 E FT. LOWELL RD, SUITE 200

    TUCSON, AZ 85712

New Address for Notices and Payments:

    eCAST Settlement Corporation

    PO Box 28136

    New York, NY 10087-8136

    610-228-2570

    proofofclaim@becket-lee.com

Respectfully Submitted,

By:  /s/ Larry Butler

Larry Butler, Claims Administrator

Becket & Lee LLP

PO Box 3001

Malvern, PA 19355-0701

DATE:    12/28/2016