# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 12-16727-MDC

CECELIA BOYAH-TOLBERT

1123 KENWOOD ROAD
DARBY, PA 19023

Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

CECELIA BOYAH-TOLBERT

1123 KENWOOD ROAD
DARBY, PA 19023

Counsel for debtor(s), by electronic notice only.

MICHAEL SCHWARTZ
707 LAKESIDE OFFICE PARK
STREET AND STUMP ROADS
SOUTHAMPTON, PA 18966-

Date: 2/28/2017

/S/ William C. Miller
_____

William C. Miller, Esquire
Chapter 13 Standing Trustee