# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cecelia Boyah-Tolbert<br>　　　　　　　Debtor(s)<br><br>BANK OF AMERICA, N.A.<br>　　　　　　　Movant<br>　　vs.<br><br>Cecelia Boyah-Tolbert<br>　　　　　　　Debtor(s)<br><br>William C. Miller Esq.<br>　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 12-16727 MDC<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　Kindly withdraw the Certification of Default of BANK OF AMERICA, N.A., which was filed with the Court on or about **April 17, 2017**.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　**/s/ Thomas I. Puleo, Esquire**
　　　　　　　　　　　　　　Thomas I. Puleo, Esquire
　　　　　　　　　　　　　　Matteo S. Weiner, Esquire
　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　215-627-1322

April 18, 2017