**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Cecelia Boyah-Tolbert
                      Debtor

BANK OF AMERICA, N.A.
            v.
Cecelia Boyah-Tolbert
            and
William C. Miller Esq.
                     Trustee

Chapter 13

NO. 12-16727 MDC

## **ORDER**

AND NOW, this 25th day of August, 2017 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on August 18, 2014 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Act of 2005 (The Code) 11 U.S.C.. Sections 362, is modified to allow BANK OF AMERICA, N.A. and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1123 Kenwood Road Darby, PA 19023.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*

United States Bankruptcy Judge.

cc: See attached service list

Cecelia Boyah-Tolbert
1123 Kenwood Road
Darby, PA 19023

William C. Miller Esq.
111 S. Independence Mall (VIA ECF)
Suite 583
Philadelphia, PA 19106

Michael Seth Schwartz Esq.
707 Lakeside Office Park
Southampton, PA 18966

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532