United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 12-16727-mdc
Cecelia Boyah-Tolbert                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: John              Page 1 of 1             Date Rcvd: Aug 25, 2017
                            Form ID: pdf900          Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2017.
db              +Cecelia Boyah-Tolbert,   1123 Kenwood Road,    Darby, PA 19023-1417
cr               eCAST Settlement Corporation,   PO Box 28136,    New York, NY  10087-8136
12891133         BANK OF AMERICA, N.A., et al,    P.O. Box 660933,    Dallas, TX 75266-0933
12808108        +Bank Of America, N.a.,   450 American St,    Simi Valley, CA 93065-6285

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Aug 26 2017 01:42:24     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 26 2017 01:41:44
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 26 2017 01:42:14     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              +E-mail/Text: bnc@bass-associates.com Aug 26 2017 01:41:21     Capital One, N.A.,
                 Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite #200,   Tucson, AZ 85712-1083
cr              +E-mail/Text: bknotice@crgofusa.com Aug 26 2017 01:42:15
                 InSolve Recovery, LLC, c/o Capital Recovery Group,,   Dept 3203,   PO BOX 123203,
                 DALLAS, TX 75312-3203
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 26 2017 01:44:59
                 PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
cr              +E-mail/Text: ebn@vativrecovery.com Aug 26 2017 01:41:30     Vativ Recovery Solutions, LLC,
                 PO BOX 40728,   HOUSTON, TX 77240-0728
cr              +E-mail/Text: bnc@bass-associates.com Aug 26 2017 01:41:22      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,   TUCSON, AZ 85712-1083
                                                                                          TOTAL: 8

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2017                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2017 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor   BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME
           LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          ANDREW F GORNALL    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MICHAEL SETH SCHWARTZ   on behalf of Debtor Cecelia  Boyah-Tolbert msbankruptcy@verizon.net
          NICHLAS P. SPALLAS   on behalf of Creditor   InSolve Recovery, LLC, c/o Capital Recovery Group,
           LLC bknotices@crgofusa.com
          THOMAS I. PULEO    on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                               TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Cecelia Boyah-Tolbert
                              Debtor

BANK OF AMERICA, N.A.
                              v.
Cecelia Boyah-Tolbert
                              and
William C. Miller Esq.
                              Trustee

Chapter 13

NO. 12-16727 MDC

## ORDER

AND NOW, this  25th   day of   August   , 2017 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on August 18, 2014  it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Act of 2005 (The Code) 11 U.S.C.. Sections 362, is modified to allow BANK OF AMERICA, N.A. and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1123 Kenwood Road Darby, PA 19023.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*

United States Bankruptcy Judge.

cc: See attached service list

Cecelia Boyah-Tolbert
1123 Kenwood Road
Darby, PA 19023

William C. Miller Esq.
111 S. Independence Mall (VIA ECF)
Suite 583
Philadelphia, PA 19106

Michael Seth Schwartz Esq.
707 Lakeside Office Park
Southampton, PA 18966

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532