# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Cecelia Boyah-Tolbert | Debtor(s) | CHAPTER 13 |
| BANK OF AMERICA, N.A. vs. | Movant | NO. 12-16727 MDC |
| Isaac E. Tolbert Sr | Co-Debtor(s) | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq. | Additional Respondents | |

## ORDER

AND NOW, this 2nd day of November, 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the co-debtor stay under Section 1301 of the Bankruptcy Code, is modified with respect to the subject premises located at 1123 Kenwood Road, Darby, PA 19023 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

_____
United States Bankruptcy Judge.

Cecelia Boyah-Tolbert
1123 Kenwood Road
Darby, PA 19023

Isaac E. Tolbert, Sr
1123 Kenwood Road
Darby, PA 19023

Michael Seth Schwartz Esq.
707 Lakeside Office Park
Southampton, PA 18966

William C. Miller Esq.
111 S. Independence Mall (VIA ECF)
Suite 583
Philadelphia, PA 19106

KML Law Group, P.C.
SUITE 5000 - BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
Philadelphia, PA 19106-1532