United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 12-16727-mdc
Cecelia Boyah-Tolbert                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1          Date Rcvd: Nov 03, 2017
                             Form ID: pdf900          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 05, 2017.
db              +Cecelia Boyah-Tolbert,   1123 Kenwood Road,   Darby, PA 19023-1417
cr               eCAST Settlement Corporation,   PO Box 28136,   New York, NY  10087-8136
12891133         BANK OF AMERICA, N.A., et al,   P.O. Box 660933,   Dallas, TX 75266-0933
12808108        +Bank Of America, N.a.,   450 American St,   Simi Valley, CA 93065-6285

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Nov 04 2017 01:37:11     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 04 2017 01:36:29
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 04 2017 01:37:07     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              +E-mail/Text: bnc@bass-associates.com Nov 04 2017 01:36:15     Capital One, N.A.,
                 Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite #200,   Tucson, AZ 85712-1083
cr              +E-mail/Text: bknotice@crgofusa.com Nov 04 2017 01:37:08
                 InSolve Recovery, LLC, c/o Capital Recovery Group,,   Dept 3203,   PO BOX 123203,
                 DALLAS, TX 75312-3203
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 04 2017 01:45:10
                 PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
cr              +E-mail/Text: ebn@vativrecovery.com Nov 04 2017 01:36:22     Vativ Recovery Solutions, LLC,
                 PO BOX 40728,   HOUSTON, TX 77240-0728
cr              +E-mail/Text: bnc@bass-associates.com Nov 04 2017 01:36:15      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,   TUCSON, AZ 85712-1083
                                                                                        TOTAL: 8

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 3, 2017 at the address(es) listed below:
        ANDREW F GORNALL    on behalf of Creditor   BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME
         LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP agornall@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        ANDREW F GORNALL    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
        MICHAEL SETH SCHWARTZ    on behalf of Debtor Cecelia  Boyah-Tolbert msbankruptcy@verizon.net
        NICHLAS P. SPALLAS    on behalf of Creditor   InSolve Recovery, LLC, c/o Capital Recovery Group,
         LLC bknotices@crgofusa.com
        THOMAS I. PULEO    on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                        TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Cecelia Boyah-Tolbert | | CHAPTER 13 |
| | Debtor(s) | |
| BANK OF AMERICA, N.A. | | |
| | Movant | |
| vs. | | NO. 12-16727 MDC |
| Isaac E. Tolbert Sr | | |
| | Co-Debtor(s) | |
| | | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq. | | |
| | Additional Respondents | |

## ORDER

AND NOW, this *2nd* day of *November*, 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the co-debtor stay under Section 1301 of the Bankruptcy Code , is modified with respect to the subject premises located at 1123 Kenwood Road, Darby, PA 19023 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

_____
United States Bankruptcy Judge.

Cecelia Boyah-Tolbert
1123 Kenwood Road
Darby, PA 19023

Isaac E. Tolbert, Sr
1123 Kenwood Road
Darby, PA 19023

Michael Seth Schwartz Esq.
707 Lakeside Office Park
Southampton, PA 18966

William C. Miller Esq.
111 S. Independence Mall (VIA ECF)
Suite 583
Philadelphia, PA 19106

KML Law Group, P.C.
SUITE 5000 - BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
Philadelphia, PA 19106-1532