United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-16727-mdc
Cecelia Boyah-Tolbert                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: John              Page 1 of 2               Date Rcvd: Jan 17, 2018
                             Form ID: 138NEW         Total Noticed: 35
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2018.

```
db          +Cecelia Boyah-Tolbert,    1123 Kenwood Road,    Darby, PA 19023-1417
12891133     BANK OF AMERICA, N.A., et al,    P.O. Box 660933,    Dallas, TX 75266-0933
12808108    +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
12950601    +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
12808110    +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
              Salt Lake City, UT 84130-0285
12808112    +Dell Financial Services,    701 E. Barmer Lane,    Building 2,    Austin, TX 78753-3520
12829071    +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
              Mason, OH 45040-8053
12808113    +Drvcrd/citi,    Po Box 6497,    Sioux Falls, SD 57117-6497
12808114    +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
12808115    +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
12808119     Medicredit Corp,    3620 1-70 Dr S.E,    Columbia, MO 65203
12824464    +Michael Schwartz, Esquire,    707 Lakeside Office Park,    Southampton, PA 18966-4020
12808120    +Rshk/cbsd,    Attn.: Citi Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195-0363
12808121    +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
12808122    +Target Credit Card (TC),    C/O Financial & Retail Services,    Mailstop BT  P.O. Box 9475,
              Minneapolis, MN 55440-9475
12814979     Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA   50306-0438
12808123    +Wf Fin Bank,    Attention: Bankruptcy,    Po Box 10438,    Des Moines, IA 50306-0438
13027271    +++eCAST Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
12976678     eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: bankruptcy@phila.gov Jan 18 2018 01:52:29     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 18 2018 01:51:42
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 18 2018 01:52:20     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/Text: ebn@vativrecovery.com Jan 18 2018 01:51:29     Vativ Recovery Solutions, LLC,
              PO BOX 40728,    HOUSTON, TX 77240-0728
cr          +E-mail/Text: bnc@bass-associates.com Jan 18 2018 01:51:16     eCAST Settlement Corporation,
              c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
12829741    +E-mail/Text: bnc@bass-associates.com Jan 18 2018 01:51:16     Capital One, N.A.,
              Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, Az 85712-1083
12808111    +E-mail/PDF: creditonebknotifications@resurgent.com Jan 18 2018 01:55:03     Credit One Bank,
              Po Box 98873,    Las Vegas, NV 89193-8873
12878100     E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 01:54:59     GE Capital Retail Bank,
              Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
12808116    +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 01:54:48     GEMB / HH Gregg,
              Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
12912049     E-mail/Text: bknotice@crgofusa.com Jan 18 2018 01:52:20
              InSolve Recovery, LLC, c/o Capital Recovery Group,,    Dept 3203,    PO BOX 123203,
              DALLAS, TX 75312-3203
12808118    +E-mail/Text: cio.bncmail@irs.gov Jan 18 2018 01:51:26     Internal Revenue Service,
              Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
12917463     E-mail/PDF: resurgentbknotifications@resurgent.com Jan 18 2018 01:55:18
              LVNV Funding, LLC its successors and assigns as,    assignee of FNBM LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12940436     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 18 2018 02:01:50
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13024615    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 18 2018 02:01:51
              PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
12861220     E-mail/Text: ebn@vativrecovery.com Jan 18 2018 01:51:29     Palisades Acquisition XVI LLC,
              Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition XVI L,
              PO Box 40728,    Houston, TX  77240-0728
12854924    +E-mail/Text: bncmail@w-legal.com Jan 18 2018 01:52:07     TARGET NATIONAL BANK,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 16
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
              Tucson, AZ 85712-1083
cr*         +InSolve Recovery, LLC, c/o Capital Recovery Group,,    Dept 3203,    PO BOX 123203,
              DALLAS, TX 75312-3203
cr*         +PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
cr*          eCAST Settlement Corporation,    PO Box 28136,    New York, NY  10087-8136
```

```
District/off: 0313-2          User: John               Page 2 of 2               Date Rcvd: Jan 17, 2018
                              Form ID: 138NEW          Total Noticed: 35

12808109     ##+Cap One,    Po Box 5253,    Carol Stream, IL 60197-5253
12808117     ##+Hsbc/boscov,    Hsbc,    Po Box 5226,    Carol Stream, IL 60197-5226
                                                                                          TOTALS: 0, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2018 at the address(es) listed below:

              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME
               LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              MICHAEL SETH SCHWARTZ    on behalf of Debtor Cecelia   Boyah-Tolbert msbankruptcy@verizon.net
              NICHLAS P. SPALLAS    on behalf of Creditor    InSolve Recovery, LLC, c/o Capital Recovery Group,
               LLC bknotices@crgofusa.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Cecelia Boyah–Tolbert

    Debtor(s)

Bankruptcy No: 12–16727–mdc

Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 1/17/18

104 – 103
Form 138_new